UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-14012-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO SANCHEZ,

    Defendant.
_____/

## FACTUAL OBJECTIONS TO THE
## PRESENTENCE INVESTIGATION REPORT

COMES NOW, the defendant, Antonio Sanchez, by and through his undersigned attorney, and files these factual dispute objections to two paragraphs of the Presentence Investigation Report, which do not change the guideline calculations.

### Paragraph 32

Defendant objects that there were seven passengers in the vehicle. There were four people in the vehicle, including Mr. Sanchez.

### Paragraph 52

Mr. Sanchez denies that the police nor anyone else shot a firearm near his ear. The police did not cause, nor are responsible for his ear issues, requiring ear drops.

Respectfully submitted,

HECTOR A. DOPICO

FEDERAL PUBLIC DEFENDER

By: *s/Renee M. Sihvola*

Renee M. Sihvola
Assistant Federal Public Defender
Florida Bar Number: 116070
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
E-Mail: Renee_Sihvola@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Renee M. Sihvola*

Renee Sihvola